UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYLINIA JACKSON, *On Behalf Of Herself And All Other Persons Similarly Situated*,

Plaintiff,

-v.-

MANOLO BLAHNIK AMERICAS LLC,

Defendant.

26 Civ. 455 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Plaintiff filed this action on January 17, 2026.  (Dkt. #1).  It appears from the docket that Defendant still has not been served.  As such, the Court will dismiss this case without prejudice should Plaintiff fail to serve Defendant on or before **April 17, 2026**, which is 90-days after the filing of the Complaint, absent a showing of good cause.  *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — *must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." (emphasis added)).

SO ORDERED.

Dated:   April 1, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge